**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**
**CRIMINAL MINUTES – SENTENCING HEARING**

**Case No.:  7:19CR98**                                             **Date:  9/16/2020**

**Defendant:  Charles Robert Cunningham, Custody**          **Counsel:  Robert Hagan, Jr., CJA**

PRESENT:          JUDGE:                    Elizabeth K. Dillon
                  TIME IN COURT:            2:38p – 2:53p, 2:56p – 3:17p, Hearing Sealed at 2:53p – 2:56p
Total Time: 39 minutes
                  Deputy Clerk:             B. Davis
                  Court Reporter:           J. Meyer
                  U. S. Attorney:           Andrew Bassford
                  USPO:                     Andrew Ridgway

**PROCEEDINGS:**

☒          All parties present via video.

☒          Defendant reaffirms signature on the consent to video form, the Court finds the hearing can proceed by
           video.

☒          Court accepts Plea Agreement.

☒          Government Motion for Acceptance of Responsibility.
           ☒  Court grants.          ☐  Court denies.

☒          No Objections to Presentence Report.

☒          Court adopts Presentence Report.

☒          No evidence presented.

☒          Government presents argument.

☒          Defendant presents argument.

☒          Defendant Motion for Downward Variance.
           ☒  Court grants.          ☐  Court denies.

☒          Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP:  72 months on each Count to run concurrently
SR:    4 years, consisting of 3 years as to Count 2 and 4 years as to Count 3 to run concurrently - comply
               w/Standard, Mandatory & Special Conditions.
SA:    $200 due immediately.
FINE:  $200

☒          Court recommends as follows:
           ☒      That Defendant receive appropriate drug treatment and mental health treatment while imprisoned.
           ☒      That Defendant be designated to Manchester to participate in college classes, if Manchester is
                  unavailable the Defendant be designated to Beckley.

SPECIAL CONDITIONS OF SUPERVISION:

☒          Following release from imprisonment, the court will evaluate defendant's status and determine whether,
           after incarceration, drug rehabilitation and mental health treatment is necessary and appropriate. If
           additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated
           by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all
           the requirements of the program.

☒ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☒ The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

PAYMENT SCHEDULE:

☒ A lump sum payment of $200 is due immediately, and during the term of imprisonment, payment in equal monthly installments of $25 or 50% of the defendant's income, whichever is greater, to commence 60 days after the date of this judgment; and payment in equal  monthly installments of $25 during the term of supervised release, to commence 60 days after release from imprisonment.

ADDITIONAL RULINGS:

☒ Count 1 dismissed on Government Motion.

☒ Defendant advised of right to appeal.

☒ Defendant remanded to custody.