AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Charles Robert Cunningham | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

Date of Original Judgment:        10/05/2020
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No:   7:19-cr-00098
USM No:   18953-084

Erin Trodden
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     72     months **is reduced to**   60 months.*
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*but not less than time served.  This order does not affect the court's October 5, 2020 judgment in U.S. v. Cunningham, Case No. 7:15-cr-00027 (W.D.Va.)  In that case, the court revoked Cunningham's supervised release term and imposed a 36-month term of imprisonment, to be served consecutive to the sentence in this case.

Except as otherwise provided, all provisions of the judgment dated     10/05/2020     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        01/05/2024

*/s/ Elizabeth K. Dillon*
*Judge's signature*

Effective Date:        02/01/2024
*(if different from order date)*

Elizabeth K. Dillon, United States District Judge
*Printed name and title*