CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

March 19, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:19-cr-00098 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| CHARLES ROBERT CUNNINGHAM | ) | Chief United States District Judge |

**ORDER**

Upon consideration of the motion filed by counsel for defendant Charles Cunningham, seeking leave to file the Notice of No Supplemental Filing for Compassionate Release (Dkt. No. 86), it is hereby ORDERED that the Motion for Leave to File Notice of No Supplemental Filing is GRANTED.  The Federal Public Defender's Notice of No Supplemental Filing (Dkt. No. 87) is accepted as filed.

The clerk is directed to send a copy of this order to Mr. Cunningham and all counsel of record.

Entered: March 19, 2025.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge